**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7689**

---

TONY SHULER,

Petitioner - Appellant,

versus

GERALDINE P. MIRO, Warden, ACI; SOUTH CAROLINA
DEPARTMENT OF CORRECTIONS; CHARLES M. CONDON,
Attorney General of the State of South
Carolina,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Margaret B. Seymour, District Judge.
(CA-99-1868-3-24BC)

---

Submitted: February 8, 2001      Decided: February 15, 2001

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Tony Shuler, Appellant Pro Se. William Edgar Salter, III, OFFICE
OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Caro-
lina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tony Shuler seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000), and denying his motion to reconsider. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Shuler v. Miro, No. CA-99-1868-3-24BC (D.S.C. filed Sept. 7, 2000; entered Sept. 8, 2000, & filed Oct. 30, 2000; entered Oct. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED